

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: 08 MJ 8819 |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Donaciano Rosario MARTINEZ-Meza | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about September 5, 2008, within the Southern District of California, defendant Donaciano Rosario MARTINEZ-Meza, did knowingly and intentionally import approximately 30.46 kilograms (67.01 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Robert J. Pejeran Jr.
Special Agent
U.S. Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, SEPTEMBER 8, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Donaciano Rosario MARTINEZ-Meza

PROBABLE CAUSE STATEMENT

This complaint is based on the personal observations, investigation, and information furnished to U.S. Immigration and Customs Enforcement Special Agent Robert J. Fejeran, Jr.

On September 5, 2008, at approximately 1325 hours, Customs and Border Protection Officer (CBPO) K. Price was manning vehicle primary inspection lane #1 at the Calexico CA East Port of Entry (EPOE), when a 1995 Ford Explorer bearing California License plate CA/US 6EMP627 approached her lane for entry into the U.S. CBPO Price encountered the operator and sole occupant of the vehicle, Donaciano Rosario MARTINEZ-Meza. MARTINEZ gave CBPO Price a negative oral customs declaration, claimed ownership of the vehicle and presented his Lawful Permanent Resident (LPR) card to CBPO Price. CBPO Price swiped MARTINEZ's LPR card for documentation of his entry into the U.S. by the Treasury Enforcement Communication System (TECS). Upon swiping his card, CBPO Price received a positive TECS response for MARTINEZ. The TECS response indicated that MARTINEZ had tried to enter the U.S. through the Calexico West Port of Entry the day prior in another vehicle. The vehicle was seized as a result of the discovery of non factory compartments within the vehicle.

MARTINEZ and the vehicle were referred to vehicle secondary for further inspection. In vehicle secondary, a Human and Narcotic Detector Dog alerted to the gas tank of the vehicle. An x-ray examination was also conducted on the vehicle which displayed several anomalies within the gas tank. A search of the vehicle resulted in the discovery of an access plate underneath rear passenger seat. The plate was removed allowing access directly into the gas tank. Numerous packages were found in the gas

UNITED STATES OF AMERICA
v.
Donaciano Rosario MARTINEZ-Meza

tank upon removal of the access plate. One of the packages was probed producing a green leafy substance, which field-tested positive for the presence of marijuana. A total of seventeen (17) packages, with a total approximate weight of 30.46 kilograms (67.01 pounds) of marijuana were removed from the vehicle.

MARTINEZ was advised of his rights per Miranda, which he acknowledged and waived. MARTINEZ admitted to knowledge of marijuana being hidden in the gas tank of his vehicle and that he knew it was illegal to smuggle marijuana into the U.S. MARTINEZ said he was to be paid $1,500.00 dollars to the vehicle to Los Angeles, CA.

Executed on September 6, 2008, at _0955_ hours.

_____
Robert J. Fejeran Jr., Special Agent
Immigration and Customs Enforcement

On the basis of the facts presented in the attached probable cause statement consisting of _2_ page(s), I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on September 5, 2008, in violation of Title 21, United States Code, Sections 952 and 960.

_____
LOUISA S. PORTER
U.S. MAGISTRATE JUDGE

9/6/08  Noon
DATE/TIME